UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 08-4252



FILED
Oct 09, 2008
LEONARD GREEN, Clerk

RICHARD COOEY, II,
    Plaintiff - Appellant,

v.

TED STRICKLAND,
    Defendant - Appellee.

Before: SUHRHEINRICH, SILER, and GILMAN, Circuit Judges.

## JUDGMENT

On Appeal from the United States District Court
for the Southern District of Ohio at Columbus.

THIS CAUSE was heard on the record from the district court and was submitted on briefs without oral argument.

IN CONSIDERATION WHEREOF, it is ORDERED that the district court's decision granting defendant Ted Strickland's motion to dismiss and denying plaintiff Richard Cooey's motion for a preliminary injunction as moot is AFFIRMED.

**ENTERED BY ORDER OF THE COURT**

Leonard Green
Clerk